EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
LAWRENCE M. DANIELS
Supervising Deputy Attorney General
LAUREN E. DANA
Deputy Attorney General
State Bar No. 105545
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2249
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **URLICK KEVIN WHITE,** | CV 09-5782 R (MLG) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | Magistrate Judge<br>Hon. Marc L. Goldman |
| **JOHYN F. SALAZAR, WARDEN,** | |
| Respondent. | |

Having considered Respondent's application for enlargement of time, and good cause appearing, **IT IS ORDERED** that the application is GRANTED and that Respondent is granted to and including October 9, 2009, by which to file and serve an Answer or Motion to Dismiss.

Presented by: /s/ Lauren E. Dana
          Lauren E. Dana
Dated:    September 9, 2009

_____
Marc L. Goldman
United States Magistrate Judge

1