1  EDMUND G. BROWN JR.
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
4  LAWRENCE M. DANIELS
   Supervising Deputy Attorney General
5  LAUREN E. DANA
   Deputy Attorney General
6  State Bar No. 105545
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013
     Telephone:  (213) 897-2249
8    Fax:  (213) 897-6496
     E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

FILED

OCT - 7 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

10

11                 IN THE UNITED STATES DISTRICT COURT

                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| **URLICK KEVIN WHITE,** | CV 09-5782 R (MLG) |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | Magistrate Judge<br>Hon. Marc L. Goldman |
| **JOHYN F. SALAZAR, WARDEN,** | |
| Respondent. | **NO FURTHER CONTINUANCES OR EXTENSIONS OF TIME WILL BE GRANTED.** |

21      Having considered Respondent's application for enlargement of time, and

22  good cause appearing, **IT IS ORDERED** that the application is GRANTED and

23  that Respondent is granted to and including November 9, 2009, by which to file and

24  serve an Answer or Motion to Dismiss.

25  Presented by: /s/ Lauren E. Dana

26              Lauren E. Dana
    Dated:   10 - 07 - 09

27  _____
                                        The Honorable Marc L. Goldman
    LA2009507648
28  50515429.doc

                                   1