JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ULRICK KEVIN WHITE,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, WARDEN,<br><br>    Respondent. | Case No.  CV 09-5782-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _June 17, 2010_



Manuel L. Real
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY